

| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. PTF DEF | R 23 | S DEMAND THOUS MLS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 87 2975 | 01 | 11 13 87 | 04 | 380 | 3 2 | | 25. | 4720 | | 88888 | | 87 2975 |

C87-2975

CAUSE:

**PLAINTIFFS**

| CONSOLIDATED RAIL CORPORATION |

**DEFENDANTS**

1. 1200 W. 9th St. Limited Partnership, et a
2. KASSOUF, James J.
3. GOODROFF INCORPORATED     Deft & 3rd pty
4. METRO PARKING SYSTEMS, INC.        pltf
5. DOES, John- 1-10
    Unknown persons' Corporations and
    partnerships,

VS

EAGLE CONSTRUCTION INC. Dism per order 2/24/88

3rd pty Deft - per 2/8/8

JACKSON, Eugene Sr., aka
JACKSON, Eugene dba
Eagle Construction -3rd pty Deft per
          3rd pty Complt-2/24/88

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Diversity of citizenship - 28 U.S.C. §1332 - property damage

**ATTORNEYS**

Sheila A. McKeon
SKULINA & McKEON
709 Ohio Savings Plaza
1801 E. 9th St.
Cleveland, Ohio     44114
(216) 523-1313

(1,2,& 4) Michael T. Honohan
Dean M. Rooney, HONOHAN, HARWOOD
CHERNETT & WASSERMAN
1600 East Ohio Bldg.
1717 E. 9th St.
Cleveland, Ohio     44114
(216) 579-4224

(3) Lawrence J. Busch
337 The Old Arcade
401 Euclid Ave., Cleveland, Ohio
(216) 696-1536        44114

CUYAHOGA COUNTY

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | NOV 13 1987 | 140212   120.00 | | JS-5 | 11/30/87 |
| | | | | JS- | APR 30 1988 |

UNITED STATES DISTRICT COURT DOCKET                      DC-111 (Rev: 1/87)

CONSOLIDATED RAIL CORP.   vs  1200 W. 9th St., Limited Partnership, et al

**C87-2975** PROCEEDINGS  JUDGE KRENZLER

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 11/13/87 | 1 | COMPLAINT filed.(11p)    Summons issued to Pltfs Atty with copies, of complaints & Magistrate Consent forms EB |
| 11/24/87 | 2 | NOTICE of Initial Pretrial Conference set at 9:00 A.M. on 12/14/87 at Room 400 U.S. Courthouse filed.  issued (1p)EB |
| 12/2/87 | 3 | SUMMONS REtn. by Carol A. Susick & filed.  Served Metro Parking Systems, Inc. by cert. mail on 11/17/87; James J. Kassouf by cert. mail on 11/18/87; 1200 W. 9th St. Limited Partnership by cert. mail on 11/17/87. Fees $---.    (3 p)                                         (JAM) |
| 12/3/87 | 4 | STANDING Order re: preparation for trial, revised and effective 8/1/87 filed. Krenzler, J.  Issued.  (51 p)                       (12/3/87)(JAM) |
| 12/10/87 | 5 | ANSWER (joint) of Defts 1200 W.9th St. Limited Partnership, James J. Kassouf & Metro Parking Systems,Inc.& crsclm against deft Goodroof Inc w/ Jury demand. c/m 12/10/87 (6p)EB |
| 12/15/87 | 6 | ORDER re: disc cut-off date is 2/26/88.  Dispositive mots to be subm on or before 3/11/88.  Krenzler,J.  issd     (1p)   EB         (EOD 12/15/87) |
| 1/8/88 | 7 | STIPULATION for ext treated as a mot for ext of time by this court  Mot granted deft/to Goodruff resp to pltfs complt by 2/4/88.  Krenzler,J. c/i 1/8/88 (1p) EB |
| 1/8/88 | 9 | STIPULATION for ext treated as a mot for ext of time by this court, mot granted Deft Goodroof Inc., to resp or ans to defts 1200 W.9th St. Limited Partnership, James J. Kassouf & Metro Parking Systems Inc's Crsclm by 2/4/88..Krenzler,J. c/i 1/8/88          (1p) EB            EOD 1/8/88 |
| 2/4/88 | 10 | ANSWER of Deft Goodroof Inc. w/Jury demand. c/m 2/4/88 (2p)EB |
| 2/4/88 | 11 | ANSWER of Deft Goodroof Inc to Crsclm & Jury demand  c/m 2/4/88 (2p)EB |
| 2/4/88 | 12 | (13)MOTION of Deft Goodroof Inc. for lv to file 3rd pty complt w/brf.  c/m 2/4/88 (2p)EB |
| 2/8/88 | 13 | (12)MARGINAL entry Order granting mot of deft Goodroff Inc. lv to file 3rd pty complt.  Krenzler,J. c/i  2/8/88                   EB  EOD 2/8/88 |
| 2/8/88 | 14 | THIRD PARTY COMPLAINT. Jury demand.  (2p)EB  c/m 2/10/88 -3rd pty Summons issd to Eagle Construction Co. |
| 2/16/88 | 15 | ORDER sched post disc pt on 3/9/88 at 8:45 a.m. CLIENTS must attend unless written auth is given to the Atty to settle or dispose of the case.  Krenzler,J. c/i 2/16/88.  (2p) EB              EOD 2/16/88 |
| 2/18/88 | 16 | NOTICE of srv of Defts re:Interr & docmt req to Pltf on 2/16/88. c/m 2/16/88 (2p)EB |
| 2/22/88 | 17 | (20)MOTION of Pltf for ext of disc w/memo & Exh. c/m 2/20/88 (4p)EB |
| 2/23/88 | 18 | (21)MOTION of Deft Goodroof Inc. for ext of disc.  c/m 2/23/88 (1p)EB |
| 2/23/88 | 19 | (22)MOTION of Deft Goodroof Inc. for lv to file 3rd pty complt instanter. c/m 2/23/88 (2p) EB |
| 2/24/88 | 20 | (17) MARGINAL entry Order granting mot of pltf for an ext of disc, but only until 3/25/88.  Krenzler,J. c/i  2/24/88            EB    EOD 2/24/88 |
| 2/24/88 | 21 | (18) MARGINAL entry Order granting mot of Deft Goodroof Inc. an ext of time for disc. Disc cut-off date is 3/25/88 - Post Disc pt will be resched.  Krenzler,J. c/i 2/24/88                                      EB    EOD 2/24/88 |
| 2/24/88 | 22 | (19) MARGINAL entry Order granting mot of Deft Goodroof Inc. to file 3rd pty Complt instanter.  Krenzler,J. c/i  2/24/88              EB    EOD 2/24/88 |
| 2/24/88 | 23 | THIRD PARTY COMPLAINT w/Jury Demand. c/m 2/23/88 (3p) EB |
| 2/24/88 | 24 | NOTICE of 3rd pty Pltf Goodroof Inc.treated as a mot for dism of 3rd pty Deft Eagle Construction & mot is granted.  Krenzler,J.  c/i 2/24/88                                                      EOD  2/24/88 |
| 3/1/88 | 25 | PRAECIPE - 3rd pty summons issd re: Eugene Jackson,Sr. |
| 3/8/88 | 26 | ORDER sched post disc pt on 3/28/88 at 8:15 a.m.  CLIENTS must attend unless written auth is given to the atty to settle or dispose of the case.  Krenzler, J. c/i 3/8/88. (2p)VD |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. C87-2975 |
|---|---|---|
| Consolidated Rail Corp | 1200 West 9th St et al | PAGE____OF____PAGES |

AIK

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/9/88 | 27 | **SUMMONS** retn on third-pty complt; srv Eugene Jackson by cert 3/2/88 (1p) vd |
| 3/11/88 | 28 | **NOTICE** by pltf to take depo of Eugene Jackson on 3/21/88 c/m 3/11/88 (1p) |
| 3/11/88 | 29 | **NOTICE** by pltf to take depo of Walter Humphrey on 3/22/88 c/m 3/11/88 (1p) vd |
| 3/15/88 | 30 | **NOTICE** of srv of disc material by Goodroof 3/14/88 to pltf |
| 3/21/88 | 31(33) | **MOTION** of deft goodroof Inc for ext of time for disc. brf in supp; c/m 3/21/88 (3p)                (VD) |
| 3/22/88 | 32 | **ORDER** rescheduling post-disc pt. 4/6/9:15 a.m.; Krenzler, J. (1p) c/i 3/22/88                (VD) |
| 3/24/88 | 33(31) | **MARGINAL** entry order granting ext of disc until 4/16/88 Post-disc pt will be held on 4/6/88: Krenzler, J.c/i 3/24/88; EOD: 3/24/88                (VD) |
| 3/29/88 | 34 | **NOTICE** of filing of request for POD directed to Goodroff Inc. 3/25/88 (c/m 3/25)                (2p)  (VD) |
| 4/5/88 | 35 | **MOTION** of deft and third-pty pltf for default judgment against Eugene Jackson, Sr. c/m 4/5/88 (2p)                (VD) |
| 4/6/88 | 36 | **MINUTES** of procdgs. Krenzler, J. -- Pavalino, r. Court indicated ptys had reached a settlement in the amt of $17,500 whereby deft Kassouf would pay $500 and judg would be entered against deft. Goodruff in the amt of $17,000 and default judgment would be entered against third-pty deft., Jackson in the amt of $17000 Pltf presented evid through wit John Robinson, Conrail & Pltfs Exhib 1 re: costs to repair the damages suff by pltf. Deft did not contest the amt of $24,976 and did not conduct crs-exam Pltfs Ex 1 was admitt Court $24,976 is fair and reasonable amt of damages.  Because the ptys agreed to settle for $17,000, Court enters judg for pltf against Goodruff in the amt of $17000 Court also grants Goodruff mot for default against pty Jackson and enters judgment against Jackson in the amot of $17,000. (1p)                (VD) |
| 4/18/88 | 37 | **JUDGMENT order** be granted to pltf Consolidated Rail Corp. and against Goodroof in the amt of $17,000.00 plus interest at 10% per annum from day of judgment.  Execution upon said judgment shall be stayed for a period of sixth days from 4/6/88; further Ordered that a judg-ment be granted to Third-Party Pltf., Goodroof Corp against third-pty deft. Eugene Jackson, Sr. in the amt of $17,000.00 plus interest at 10% per annum from day of judgment, Costs to Deft. Goodroof Corp, Krenzler, J. c/i 4/18/88; EOD: 4/18/88 (2p)                (VD) |
| 4/29/88 | 38 | **ORDER** and journal entry that defts' 1200 West 9th St. Ltd, James J. Kassouf and Metro Parking Systems, Inc. are hereby dism from this action w/prej upon maymt of $500.00 to pltf which payment is made in full and complet settlement of all claims of pltf against named defts'. Krenzler,J (2 p) c/i 5/2/88: EOD: 5/2/88  -cont-                (VD) |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
| :--- | :--- | :--- |
| O | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
| :---: | :---: | :--- |
| 4/4/89 | 39 | **PRAECIPE.** Cert. of Judg Lien issd 4/4/89 (1 p) gw |
| 4/17/89 | 40 | **PRAECIPE.** Cert of judg lien issd 4/17/89 (1 p) gw |
| 4/17/89 | 41 | **CERTIFICATE** of judg lien retn. Filed in Cleveland Municipal Court on 4/7/89. (1 p) gw |
| 4/28/89 | 42 | **CERTIFICATE** of Judgment Lien upon Land & Tenements retn. Recorded by Clerk of Court, Cuyahoga County, Ohio on 4/18/89 in JL 359, Pg 320A. (1 p) gw |